ACCEPTED
04-15-00469-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/2/2015 9:45:15 AM
KEITH HOTTLE
CLERK



September 2, 2015

Keith E. Hottle
Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/2/2015 9:45:15 AM
KEITH E. HOTTLE
Clerk

Re:   COA Cause No. 04-15-00469-CV; Cash Biz, LP, Cash Zone, LLC d/b/a Cash Biz and Redwood Financial, LLC v. Hiawatha Henry, Addie Harris, Montray Norris, and Roosevelt Coleman, Jr., on behalf of themselves and for all others similarly situated; In the 4th Court of Appeals.


Dear Mr. Hottle:

I am writing you to request a digital copy of the Clerk's Supplemental Record filed on August 31, 2015. Please send via FedEx with account no. 488309706.

Thank you for your immediate attention to this matter.


Very truly yours,

Hanszen Laporte, LLP


By: /s/ Meghan C. Flanagan
      Meghan C. Flanagan
      Legal Assistant to H. Mark Burck
      and Daniel R. Dutko


/mf

11767 Katy Freeway
Suite 850
Houston, Texas 77079

p: 713-522-9444
f: 713-524-2580
hanszenlaporte.com